IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STEVE ADAMS, | ) | RECEIVED |
| | ) | 2006 AUG -9 P 1: 33 |
| Plaintiff, | ) | DEBRA P. HACKETT, CLK |
| | ) | U.S. DISTRICT COURT |
| | ) | MIDDLE DISTRICT ALA |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv707-ID |
| | ) | |
| MERCHANTS FOODSERVICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT MERCHANTS FOODSERVICE'S DISCLOSURE STATEMENT

In accordance with the Honorable Court's January 14, 2000 Order, defendant MERCHANTS FOODSERVICE hereby certifies that it has no parents, subsidiaries, and/or affiliates that have issued shares to the public.

Respectfully submitted,

_/s/ Thomas A. Davis_
Thomas A. Davis (ASB-5877-S56T)
E-mail: tdavis@constangy.com
Direct Dial No.: (205) 226-5465

_/s/ J. Tobias Dykes_
J. Tobias Dykes (ASB-0483-E66J)
E-mail: tdykes@constangy.com
Direct Dial No.: (205) 226-5469
CONSTANGY, BROOKS & SMITH, LLC
Suite 900, One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Facsimile: (205) 323-7674
**Attorneys for Merchants Foodservice**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record by United States Mail, postage prepaid, and addressed as follows:

> Derrick Blythe, Esq.
> 126 Marshall Street
> Alexander City, AL 35010

This 9th day of August, 2006.

_____
Thomas A. Davis