IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVE ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06-cv-00707-ID-CSC |
| ) | |
| MERCHANTS FOODSERVICE, et al., ) | |
| ) | |
| Defendants. ) | |

## REPORT OF PARTIES' RULE 26(f) PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held by telephone on September 27, 2006, and was attended by:

Derrick Blythe, Esq. - attorney for the plaintiff; and

J. Tobias Dykes, Esq. - attorney for the defendant Merchant Foodservice.

2. Pre-discovery Disclosures. The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) by **October 13, 2006**.

The parties jointly propose to the Court the following discovery plan:

Discovery will be needed on plaintiff's claims, defendant's affirmative defenses, and the damages claimed by the plaintiff.

All discovery should be commenced in time to be completed by **June 29, 2007**.

60853.1

**Interrogatories (Responses due 30 days after service)**

Maximum of 30 interrogatories. Plaintiff may submit a total of 30 interrogatories to defendant, including discrete subparts; and defendant may submit a total of 30 interrogatories to plaintiff, including discrete subparts, without prior approval of the Court.

**Requests for Production of Documents (Responses due 30 days after service)**

Maximum of 30 requests for production. Plaintiff may submit a total of 3- requests for production to defendant, including discrete subparts; and that defendant may submit a total of 30 requests for production to plaintiff, including discrete subparts, without prior approval of the Court.

**Requests for Admissions (Responses due 30 days after service)**

Maximum of 15 requests for admissions. Plaintiff may submit a total of 15 requests for admissions to defendant, including discrete subparts; and that defendant may submit a total of 15 requests for admissions to plaintiff, including discrete subparts, without prior approval of the Court.

**Depositions**

Depositions shall be limited to a maximum of seven (7) hours each unless extended by agreement of the parties or by direction of the Court.

Maximum of 8 depositions

60853.1

3. Reports from retained experts under Rule 26(a) (2) due:

   From the plaintiff by **March 9, 2007**; and

   From the defendant by **April 6, 2007**.

   Supplementation under Rule 26(e), no later than 30 days before trial.

4. Other Items:

   a. The parties do not request a conference with the Court prior to the entry of the Scheduling Order.

   b. The plaintiff should be allowed until **December 1, 2006**, to join additional parties and to amend the pleadings.

   c. The defendant should be allowed until **January 5, 2007**, to join additional parties and to amend the pleadings.

   d. All potentially dispositive motions should be filed by **May 11, 2007**.

   e. Settlement cannot be realistically evaluated prior to at least some discovery.

   f. The parties request a final pretrial conference on **August 17, 2007**.

   g. Final lists of trial evidence under Rule 26(a)(3) should be exchanged 30 days before trial. The parties also agree to a 14-day period within which to file their written objections to exhibits and witnesses.

   h. The case should be ready for trial by **September 24, 2007**, and at this time, is expected to take approximately 2-3 days.

| | |
|---|---|
| *s/ Derrick Blythe* | *s/ J. Tobias Dykes* |
| Derrick Blythe (ASB-8223-B58B) | Thomas A. Davis (ASB-5877-S56T) |
| E-mail: dblythe@earthlink.net | E-mail: tdavis@constangy.com |
| 126 Marshall Street | Direct Dial No.: (205) 226-5465 |
| Alexander City, Alabama  35010 | J. Tobias Dykes (ASB-0483-E66J) |
| Phone:  (256) 234-4101 | E-mail: tdykes@constangy.com |
| | Direct Dial No.: (205) 226-5469 |
| | CONSTANGY, BROOKS & SMITH, LLC |
| | Suite 900, One Federal Place |
| | 1819 Fifth Avenue North |
| | Birmingham, AL 35203 |
| | Facsimile:   (205) 323-7674 |