# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| STEVE ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION 2:06cv707-ID |
| v. | ) |
| | ) |
| MERCHANTS FOOD SERVICES, | ) |
| | ) |
| Defendant. | ) |

## ORDER

It is CONSIDERED and ORDERED that a scheduling conference in the above-styled case shall be conducted by telephone on Tuesday, October 10, 2006, at 12:30 p.m. Counsel for Plaintiff is DIRECTED to set up the conference call.

DONE this 4th day of October, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE