# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **STEVE ADAMS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:06cv707-ID |
| | ) |
| **MERCHANTS FOOD SERVICES,** | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

The undersigned counsel for defendant Merchants Food Services moves the Court to withdraw as counsel of record in the above matter. Mr. Davis has left Constangy, Brooks & Smith, LLC and has joined the law firm of Jackson Lewis LLP. J. Tobias Dykes of Constangy, Brooks & Smith will continue to represent defendant in this matter.

>　　/s/  Thomas A. Davis
> Thomas A. Davis
> **JACKSON LEWIS, LLP**
> 2001 Park Place North, Ste. 650
> Birmingham, Alabama 35203
> Phone :  205-332-3100
> Facsimile:  205-332-3131
> DavisT@jacksonlewis.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 13, 2007, I served a copy of the foregoing on all counsel of record by electronic mail through the Court's CM//ECF system or by placing same in the United States Mail, postage prepaid and properly addressed as follows:

J. Tobias Dykes, Esq.
Constangy, Brooks & Smith, LLC
1819 Fifth Avenue North
Suite 900
Birmingham, Alabama  35203

Derrick Blythe, Esq.
126 Marshall Street
Alexander City, Alabama 35010

        */s/ Thomas A. Davis*
        Thomas A. Davis