IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVE ADAMS, )<br>)<br>   Plaintiff, )<br>) | CIVIL ACTION NO. 2:06cv707-ID |
| v. )<br>)<br>MERCHANTS FOOD SERVICES, )<br>)<br>   Defendant. ) | |

**ORDER**

Upon CONSIDERATION of Defendant Merchants Food Services' motion to withdraw (Doc. No. 7), and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED.

DONE this 14th day of June, 2007.

                /s/ Ira DeMent
                SENIOR UNITED STATES DISTRICT JUDGE