# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| STEVE ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:06-cv-00707-ID-CSC |
| MERCHANTS FOODSERVICE, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

In compliance with Section 3 of the Uniform Scheduling Order, the parties have conferred regarding settlement of this lawsuit. The parties were unable to resolve the lawsuit, but do believe mediation could assist the resolution of this case short of trial and are discussing mediation options.

Respectfully Submitted,

*/s/ J. Tobias Dykes*
J. Tobias Dykes (Bar No.: DYK002)
Attorney for Defendant

CONSTANGY, BROOKS & SMITH, LLC
Suite 900, One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Direct Dial No.: (205) 226-5469
Facsimile:   (205) 323-7674

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Derrick Blythe, Esq.
        126 Marshall Street
        Alexander City, AL 35010

This 26th day of July 2007.

                */s/ J. Tobias Dykes*
                J. Tobias Dykes