IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 SEP -4  A 9: 22

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| STEVE ADAMS,            ) | |
|                         ) | |
| Plaintiff,              ) | |
|                         ) | CIVIL ACTION NO. |
| v.                      ) | 2:06-cv-00707-ID-CSC |
|                         ) | |
| MERCHANTS FOODSERVICE, et al., ) | |
|                         ) | |
| Defendants.             ) | |

## MOTION FOR ADMISSION PRO HAC VICE

COMES NOW, FRANK L. BUTLER, III, of CONSTANGY, BROOKS & SMITH, LLC, counsel for MERCHANTS FOODSERVICE, ET AL., Defendants above-named, and files his motion for permission to appear pro hac vice, as follows:

1. I hereby certify that I have knowledge of the Local Rules of the United States District Court for the Middle District of Alabama.

2. I hereby certify that I am not a resident of the aforementioned Middle District of Alabama.

3. I hereby certify that I have been licensed to practice by the State Bar of Georgia since 1976 and by the Alabama State Bar since 1977.

4. Attached hereto as Exhibit A, is an original certificate of good standing from Gregory J. Leonard, Clerk of the United States District Court for the Middle District of Georgia.

5. Provided contemporaneously herewith is a check in the amount of $20.00 for the appearance fee pursuant to L.R. 83.1(b).

Respectfully submitted, this 30th day of August, 2007.

                                              CONSTANGY, BROOKS & SMITH, LLC

                                              FRANK L. BUTLER, III
                                              Georgia State Bar No. 099550

P.O. Box 1975
Macon, Georgia 31202-1975
(478) 750-8600

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served a copy of the foregoing **MOTION FOR ADMISSION PRO HAC VICE** upon the following person(s), by depositing same in the United States mail, postage prepaid, addressed as follows:

Derrick Blythe, Esq.
126 Marshall Street
Alexander City, AL 35010

Tobias J. Dykes, Esq.
Constangy Brooks & Smith LLC
One Federal Place, Suite 900
1819 Fifth Avenue North
Birmingham, AL 35203

This 30th day of August, 2007.

                                                CONSTANGY, BROOKS & SMITH, LLC

                                                _____
                                                FRANK L. BUTLER, III
                                                Georgia State Bar No. 099550

P.O. Box 1975
Macon, Georgia 31202-1975
(478) 750-8600

# EXHIBIT A

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA    }
                            } ss.
MIDDLE DISTRICT OF GEORGIA  }

    I, *Gregory J. Leonard*, Clerk of the United States District Court for the Middle District of Georgia, do hereby certify that *FRANK L. BUTLER, III* was duly admitted to practice in said Court on *February 6, 1976*, and is in good standing as a member of the bar of said Court.

    Dated at Macon, Georgia on August 30, 2007.

GREGORY J. LEONARD, CLERK

*[signature]*

Denise Partee, Deputy Clerk

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000284
Cashier ID: cstrecke
Transaction Date: 09/04/2007
Payer Name: CONSTANGY BROOKS AND SMITH LLC
------------------------------------
PRO HOC VICE
  For: CONSTANGY BROOKS AND SMITH LLC
  Case/Party: D-ALM-A-TT-YF-EEFUND-001
  Amount:         $20.00
------------------------------------
CHECK
  Remitter: CONSTANGY BROOKS AND SMITH LLC
  Check/Money Order Num: 1080
  Amt Tendered: $20.00
------------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00
```

DALM2:06CV000707-001

MOT/PHV FRANK L BUTLER III