# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| STEVE ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 2:06cv707-ID |
| | ) |
| MERCHANTS FOOD SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon CONSIDERATION of the motion for admission *pro hac vice* (Doc. No. 18), it is ORDERED that said motion be and the same is hereby GRANTED and that Frank L. Butler, Esquire, is hereby ADMITTED *pro hac vice* as counsel on behalf of Defendants.

Done this 5th day of September, 2007.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE