IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVE ADAMS, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-707-ID |
| ) | |
| MERCHANTS FOODSERVICE, *et al.*, ) | |
| ) | |
|     Defendants. ) | |

**O R D E R**

Upon CONSIDERATION of Defendant Merchants FoodService's Motion to Submit a Revised Declaration of Andy Mercier in Support of Its Motion for Summary Judgment (Doc. No. 23, filed September 21, 2007), and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED.

DONE this 25th day of September, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE