IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVE ADAMS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-707-ID |
| ) | |
| MERCHANTS FOODSERVICE, *et al.*, ) | |
| ) | |
|    Defendants. ) | |

**O R D E R**

It is CONSIDERED and ORDERED that the trial of this cause, presently set on November 5, 2007, be and the same is hereby CONTINUED to the term of court commencing on January 28, 2008, in Montgomery, Alabama.

It is further CONSIDERED and ORDERED that the pretrial hearing of this cause, presently set on October 9, 2007, is hereby CANCELLED and CONTINUED until further order of the court.

With the exception of the changes to the pretrial hearing and trial dates, all other deadlines in the Uniform Scheduling Order (Doc. No. 6), shall remain in full force and effect.

The parties are DIRECTED to proceed with their requested mediation conference (Doc. No. 16), which is set on October 19, 2007, before the Honorable Charles S. Coody, Chief United States Magistrate Judge. (See Doc. No. 24.)

DONE this 4th day of October, 2007.

                              /s/ Ira DeMent
                              SENIOR UNITED STATES DISTRICT JUDGE