IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 OCT -5  A 9: 57

...RA P. HACKETT, CL...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| STEVE ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION: 2:06cv707-ID |
| | ) |
| MERCHANTS FOOD SERVICES, | ) |
| | ) |
| Defendant. | ) |

## EXHIBIT LIST

COMES NOW, the Plaintiff, STEVE ADAMS, by and through his attorney of record, Derrick Blythe, who submits the following list of exhibits that may be used at the trial of this matter:

1. Steve Adams application for employment with Merchants.
2. Letter from Hal Henson offering Steve Adams employment.
3. Merchants Personnel Action Form dated September 10, 2004.
4. Insurance Enrollment Form.
5. Merchants Security Form.
6. Handbook acknowledgement form (both).
7. Employee Income Certification form.
8. Incentive Program form.
9. Incentive forms for Period 3 of 2004 and Periods 1 and 2 of 2005.
10. Resignation letter of Steve Adams.
11. Notice of Claim and Request for Separation Information form.

12. Employer Notice of Determination form.

13. Merchants Personnel Action Form dated July 11, 2005.

14. Employee Check History form.

15. Freedom Search Network invoice.

16. Freedom Search Network letter to Merchants.

17. Merchants employee handbook of August 1, 2002.

18. Merchants employee handbook of January 1, 2005.

19. Personnel records and payroll records for Todd Brooks.

20. Turnover reports for August 30, 2002 through August 30, 2004.

21. Turnover reports for August 30, 2004 through July 31, 2005.

22. Profit and loss summary for the Clanton facility for 2003-2005.

23. Deposition of Steve Adams.

24. Various e-mails

25. Any exhibit, document, or photograph disclosed by further discovery.

26. Plaintiff adopts Defendant's entire exhibit list.

27. Plaintiff reserves the right to supplement this exhibit list.

DATED this the 3 day of Oct., 2007.

_____
Derrick Blythe - BLY 003
Attorney for Plaintiff
126 Marshall Street
Alexander City, Alabama 35010
(256) 234-4101

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document on each of the following by sending a copy of same by first class U.S. Mail, postage prepaid and properly addressed to: J. Tobias Dykes, Constangy, Brooks, and Smith, L.L.C., One Federal Place, Suite 900, 1819 Fifth Avenue North, Birmingham, Alabama 35203, on this the _3_ day of _Oct._, 2007.

_____
Of Counsel