IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 OCT -5 A 9: 57
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| STEVE ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION: 2:06cv707-ID |
| ) | |
| MERCHANTS FOOD SERVICES, ) | |
| ) | |
| Defendant. ) | |

## WITNESS LIST

COMES NOW, the Plaintiff, STEVE ADAMS, by and through his attorney of record, Derrick Blythe, who submits the following list of witnesses that may be called at the trial of this matter:

1. Hal Henson
2. Andy Mercier
3. Don Suber
4. Melanie Aust
5. Scott Casey
6. Bryan Angle
7. Todd Brooks
8. Anita Taylor
9. Randy Harrington
10. Jason Kelly
11. Phillip Stitt
12. Rodney Ware
13. Sineca Kinsey

14. Jimmy Triggs

15. Any witness disclosed by further discovery.

16. Plaintiff adopts Defendant's entire witness list.

17. Plaintiff reserves the right to supplement this witness list.

DATED this the 3 day of Oct, 2007.

_____
Derrick Blythe - BLY 003
Attorney for Plaintiff
126 Marshall Street
Alexander City, Alabama 35010
(256) 234-4101


Certificate of Service

I hereby certify that I have served a copy of the foregoing document on each of the following by sending a copy of same by first class U.S. Mail, postage prepaid and properly addressed to: J. Tobias Dykes, Constangy, Brooks, and Smith, L.L.C., One Federal Place, Suite 900, 1819 Fifth Avenue North, Birmingham, Alabama 35203, on this the 3 day of Oct, 2007.

_____
Of Counsel