UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVE ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: 2:06cv707-ID |
| vs. ) | |
| ) | |
| MERCHANTS FOODSERVICE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On October 19, 2007, the court held a mediation conference in this case. At the conclusion of the conference the parties announced to the court that they had reached an amicable settlement of all issues. Accordingly, it is

ORDERED that on or before November 9, 2007, the parties shall file a joint stipulation for dismissal.

Done this 19th day of October, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE