# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| STEVE ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:06-cv-00707-ID-CSC |
| MERCHANTS FOODSERVICE, et al., | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff and defendant hereby stipulate that this action should be dismissed with prejudice, with each party to bear their own costs, including attorneys' fees.

Respectfully submitted this 9th day of November, 2007.

*s/ Derrick Blythe*
Derrick Blythe (ASB-8223-B58B)
E-mail: dblythe@earthlink.net
126 Marshall Street
Alexander City, Alabama  35010
Phone:  (256) 234-4101

*s/ J. Tobias Dykes*
J. Tobias Dykes (ASB-0483-E66J)
E-mail: tdykes@constangy.com
Direct Dial No.: (205) 226-5469
CONSTANGY, BROOKS & SMITH, LLC
Suite 900, One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Facsimile:   (205) 323-7674

281333.1