IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVE ADAMS, )  )  Plaintiff, )  )  v. )  )  MERCHANTS FOODSERVICE, *et al.*, )  )  Defendants. ) | CIV. ACT. NO. 2:06cv707-ID |

**O R D E R**

Upon CONSIDERATION of the joint stipulation of dismissal (Doc. No. 30), which comports with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the clerk is DIRECTED to close this case.

Done this 9th day of November, 2007.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE